**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11CV210-RJC-DSC**

| | |
|---|---|
| YVONNEDA COWELL,           )<br>                                                      )<br>           Plaintiff,              )<br>                                                      )<br>      vs.                              )<br>                                                      )<br>BB&T CORPORATION,         )<br>                                                      )<br>           Defendant.             )<br>                                                      )  | **ORDER** |

**THIS MATTER** is before the Court on Defendant's "Motion for a More Definite Statement" (document #4) filed May 26, 2011 and "Plaintiff's Motion for Leave to File an Amended Complaint" (document #6) filed June 13, 2011, in which Plaintiff seeks leave to amend her Complaint to clarify issues identified by Defendant in its Motion for a More Definite Statement and to add Branch Banking and Trust Company as a party Defendant in this matter. In "Defendant's Response ..." (document #9) filed June 30, 2011, Defendant states that it does not oppose Plaintiff's Motion.

**NOW, THEREFORE IT IS ORDERED**:

1. "Plaintiff's Motion for Leave to File an Amended Complaint" (document #6) is **GRANTED** and Plaintiff shall promptly file her Amended Complaint. Defendant's "Motion for a More Definite Statement" (document #4) is **DENIED AS MOOT**.

2. The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 1, 2011

David S. Cayer
United States Magistrate Judge